UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Linda Guyden                          :
                                Civil #: 00-4563 (KSH)
                         :
     v.                       **ORDER**
                         :
Prudential Life Insurance           :

This matter having come before the court by plaintiff's request for an order unsealing documents in this matter; and defendant having no objections to the unsealing; and for good cause shown;

It is on this 24th day of March 2008,

**ORDERED** that the Clerk of the Court unseal this matter; and it is further

**ORDERED** that this matter be reopened and place back on the active pending list.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN, U.S.D.J.